**Order entered December 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00898-CR

**JOHN ANTHONY MARGETIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. MB-1251720-K**

## ORDER

The Court **GRANTS** appellant's December 23, 2014 motion to extend time to file his amended brief. We **ORDER** the amended brief received on December 23, 2014 filed as of the date of this order.

The State's brief is due within thirty days of the date of this order.

/s/      ADA BROWN
        JUSTICE